**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**UNITED STATES OF AMERICA**

v.                                                                         **Case No. 5:01-cr-2-Oc-10GRJ**

**MICHAEL KEITH FOLLINS**

_____/

**REVOCATION OF SUPERVISED RELEASE AND
<u>JUDGMENT AND COMMITMENT</u>**

This matter is before the Court on the Petition on Probation and Supervised Release, filed on January 20, 2006. On October 25, 2006, the Court conducted a hearing on the matter at which defendant appeared with Jack Maro and the government was represented by Bonnie Glober for Randall Gold, Assistant United States Attorney.

After being personally addressed by the Court and being called upon to respond to the allegations of the Petition, the Petitioner did not deny those allegations. The Court therefore found that each of the violations of the defendant's terms of supervised release as alleged in the Petition had been established in fact and that legal cause existed to revoke the defendant's period of supervised release.

Accordingly, upon due consideration, it is

**ORDERED AND ADJUDGED:**

1.     That defendant's SUPERVISED RELEASE is reinstated; and

    2.      That defendant is committed to serve 100 hours of community service. No additional time will be added to his supervised release term which will expire on December 12, 2006.

    **DONE AND ORDERED** at Ocala, Florida this 25th. day of October, 2006.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record
                United States Marshal
                United States Probation Office
                U.S. Pretrial Services Office
                Michael Keith Follins c/o Counsel